FILED
2025 Sep-24 PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
8/18/2025 2:42 PM
01-CV-2025-903431.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-<br>Date of Filing: 08/18/2025   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**GLOBO GYM, LLC v. F45 TRAINING INCORPORATED**

**First Plaintiff:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** OWE038     8/18/2025 2:42:24 PM     /s/ RICHARD RHETT OWENS
                              Date                     Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES  ☐ NO  ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

DOCUMENT 2
Case 2:25-cv-01626-MHH   Document 1-1   Filed 09/24/25   Page 3 of 17

ELECTRONICALLY FILED
8/18/2025 2:42 PM
01-CV-2025-903431.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | |
|---|---|
| **GLOBO GYM, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) |
| **F45 TRAINING INCORPORATED,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

Plaintiff, Globo Gym, LLC, for its complaint against Defendant, F45 Training Incorporated, hereby states as follows.

## PARTIES

1. Plaintiff, Globo Gym, LLC ("GG LLC"), is an Alabama limited liability company with its principal place of business at 5842 Water Point Lane, Hoover, Alabama 35244.

2. Defendant, F45 Training Incorporated ("F45"), is a Delaware corporation with its principal place of business at 3601 South Congress Avenue, Suite E, Austin, Texas 78704.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over the claims asserted in this case pursuant to Ala. Code § 12-11-30(1).

4. This Court is the proper venue for this action pursuant to Ala. Code § 6-3-7(a)(1) and (3).

5. This Court's assertion of personal jurisdiction over F45 is proper under Alabama's long-arm statute, set forth at ARCP 4.2(b), as F45 availed itself of the privilege of doing business in Alabama by contracting with GG LLC and deciding to work alongside GG LLC and its

members, all of whom are adult resident citizens of the State of Alabama, to provide services that would be performed and managed in Alabama. In addition, F45 knew that GG LLC was an Alabama limited liability company, and that GG LLC's primary place of business was in Hoover, Alabama. F45 also knew that GG LLC intended to use goods and services provided by F45 for purposes of operating a gym in Birmingham, Alabama; in fact, F45 was directly involved in, and had knowledge regarding, the shipment of equipment, apparel and other goods to the gym in Birmingham operated by GG LLC. In addition, at all times relevant to the allegations made the basis of the claims asserted herein, F45 automatically withdrew money, on a monthly basis, from accounts maintained by GG LLC at banks located in Alabama.

## FACTUAL HISTORY

6. In mid-2021, GG LLC was approached by Hechai, LLC ("Hechai"), an F45 Franchisee that was operating an F45 gym in Downtown Birmingham, Alabama (the "Downtown Location"), to purchase Hechai's rights to operate an F45 gym in the Downtown Location.

7. This initial contact led to the execution of an Asset Purchase Agreement that was executed by authorized representatives of GG LLC, as Purchaser, and Hechai, as Seller, on September 2, 2021 (the "APA").

8. At all times relevant to the allegations made the basis of the claims asserted herein, F45 was aware of Hechai's intention to transfer control of the operation of the Downtown Location to GG LLC. Yet, at no point did F45 object or otherwise seek to stop the transfer to GG LLC of control over the operation of the Downtown Location.

9. To the contrary, between September 2021 and August 2024, GG LLC operated the Downtown Location and, in connection therewith, intermittently communicated with F45

regarding various aspects of its operation of the Downtown Location, including, but not limited to, GG LLC's intent to renovate the Downtown Location during the last quarter of 2021.

10. However, in August 2024, F45 discontinued providing the support and assistance upon which GG LLC relied to operate the Downtown Location.

11. F45's discontinuation of support and assistance to GG LLC was a death knell to the Downtown Location. In particular, in one fell swoop, and with no prior warning, F45 discontinued providing GG LLC with the televised workouts its members followed, locked GG LLC out of its payment systems and email accounts, and took other actions that, in essence, forced GG LLC to immediately discontinue its operation of the Downtown Location.

12. Given the gravity of F45's actions, GG LLC attempted to contact F45 to determine why its support and assistance had been withdrawn. Its initial attempts were unsuccessful, and, thus, on at least a daily basis over the next six (6) weeks, GG LLC attempted to contact F45 to determine why it had discontinued providing support and assistance that was critical to GG LLC's continued operation of the Downtown Location.

13. These overtures were ignored by F45 until, finally, approximately six (6) weeks after it had discontinued the provision of support and assistance to the Downtown Location, F45 informed GG LLC that its predecessor, Hechai, had failed to make payments it was required to make under its franchise agreement with F45.

14. GG LLC countered by telling F45 what it already knew—namely, that GG LLC had assumed control of the operation of the Downtown Location from Hechai; that GG LLC had been operating the Downtown Location consistent with this assumption of control since September 2021; that F45 had knowledge and was aware of GG LLC's operation of the Downtown Location; and that such knowledge and awareness was demonstrated by the fact that F45 had, on a monthly

3

basis since 2021, been automatically withdrawing money from GG LLC's operating account to pay amounts purportedly owed in connection with GG LLC's assumption of control of the operation of the Downtown Location from Hechai.

15. In response, F45 told GG LLC that it had no franchise agreement with F45 and, thus, the F45 would not reinstate the support and assistance critical to GG LLC's operation of the Downtown Location.

16. F45 wrongfully discontinued support and assistance that it had been providing to GG LLC since September 2021, which such support and assistance was critical to GG LLC's operation of the Downtown Location. As a result of F45's conduct, the profitable business that GG LLC was operating in the Downtown Location was forced to close, causing damages to GG LLC.

## COUNT I: BREACH OF CONTRACT

17. Plaintiff incorporates each of the preceding paragraphs as if full set forth herein.

18. GG LLC and F45 were parties to a contract pursuant to which F45 provided support and assistance to GG LLC's operation of the Downtown Location in exchange for monthly payments made by GG LLC, which such monthly payments F45 automatically withdrew from GG LLC's operating account.

19. GG LLC complied with its contract with F45.

20. Conversely, F45 did not comply with its contract with GG LLC, which such non-compliance manifested itself in at least the following acts and/or omissions:

    a. F45's failure to use money it was paid by GG LLC for the advertising and marketing purposes for which such money was earmarked;

    b. F45's failure to respond to requests for assistance from GG LLC regarding various aspects of GG LLC's operation of the Downtown Location; and

4

c. F45's decision in August 2024 to discontinue the provision of support and assistance to GG LLC, which such support and assistance GG LLC had paid for, and which such support and assistance was absolutely critical to GG LLC's continued operation of the Downtown Location.

21. GG LLC sustained damages as a result of F45's breaches of its contractual relationship with GG LLC in that such breaches harmed and/or detracted from the profitability of GG LLC's operation of the Downtown Location and ultimately forced GG LLC to close the Downtown Location.

WHEREFORE, Globo Gym, LLC demands judgment against F45 Training Incorporated for compensatory and punitive damages in an amount to be decided by struck jury, plus interest, costs, and any further relief as may be just, proper and available under Alabama law.

### COUNT II: NEGLIGENCE/WANTONNESS/RECKLESSNESS

22. Plaintiff incorporates each of the preceding paragraphs as if full set forth herein.

23. In the alternative, GG LLC avers that F45 owed it duties to, without limitation, provide support and assistance in GG LLC's operation of the Downtown Location.

24. F45 breached the duties it owed to GG LLC by failing to provide support and assistance it was supposed to provide to GG LLC while GG LLC was operating the Downtown Location, and by discontinuing the provision of support and assistance it provided to GG LLC, upon which such support and assistance GG LLC relied to operate the Downtown Location, without justification for doing so.

25. GG LLC sustained damages as a result of F45's breaches of the duties it owed to GG LLC in that such breaches harmed and/or detracted from GG LLC's operation of the Downtown Location and ultimately forced GG LLC to close the Downtown Location.

5

WHEREFORE, Globo Gym, LLC demands judgment against F45 Training Incorporated for compensatory and punitive damages in an amount to be decided by struck jury, plus interest, costs, and any further relief as may be just, proper and available under Alabama law.

## COUNT III: EQUITABLE ESTOPPEL

26. Plaintiff incorporates each of the preceding paragraphs as if full set forth herein.

27. F45 accepted payment from GG LLC from September 2021 through August 2024, thus impliedly communicating to GG LLC that F45 had knowledge of and had consented to GG LLC's operation of the Downtown Location, and would be providing support and assistance to GG LLC in its operation of the Downtown Location.

28. GG LLC relied on F45's implied communication via its acceptance of, and dependence on, the assistance and support F45 provided to GG LLC in its operation of the Downtown Location.

29. F45 engaged in conduct that was contradictory to the conduct that impliedly communicated to GG LLC that F45 had knowledge of and consented to GG LLC's operation of the Downtown Location and would be providing support and assistance to GG LLC in its operation of the Downtown Location. Specifically, when F45 discontinued its provision of support and assistance to GG LLC in August 2024, it stated to GG LLC that it did not have a franchise agreement with GG LLC and, thus, would not be reinstating the provision of support and assistance the GG LLC relied upon in operating the Downtown Location.

30. GG LLC sustained damages as a result of such contradictory conduct on the part of F45.

WHEREFORE, Globo Gym, LLC demands judgment against F45 Training Incorporated for compensatory and punitive damages in an amount to be decided by struck jury, plus interest, costs, and any further relief as may be just, proper and available under Alabama law.

**COUNT IV: FRAUD**

31. Plaintiff incorporates each of the preceding paragraphs as if full set forth herein.

32. In the alternative, F45 knowingly engaged in fraudulent, misleading and/or deceptive conduct by affirmatively misrepresenting and/or suppressing information relevant and material to its business relationship with GG LLC, which such business relationship manifested itself primarily in GG LLC's operation of the Downtown Location.

33. Specifically, between September 2021 and August 2024, F45 accepted monthly payments from GG LLC under auspices that such payments were being made pursuant to a franchisor-franchisee relationship that existed between F45 and GG LLC.

34. In actuality, at the time it accepted these payments, F45 knew that it did not have a written franchise agreement with GG LLC and, thus, did not consider itself to be in a franchisor-franchisee relationship with GG LLC.

35. This is only one example of F45's fraudulent conduct, as it made numerous statements to GG LLC regarding their franchisor-franchisee relationship, and otherwise acted with respect to GG LLC as a franchisor acting in the best interests of its franchisee.

36. Yet, such conduct on the part of F45 was done with the knowledge there was no written franchise agreement between F45 and GG LLC, and that there was a written franchise agreement between F45 and a third-party, GG LLC's predecessor, Hechai.

37. As such, F45 affirmatively misrepresented to GG LLC that GG LLC was in a franchisor-franchisee relationship with F45 and/or knowingly suppressed such material information from GG LLC, thus allowing GG LLC to continue to operate as if such a relationship existed.

38. GG LLC relied to its detriment on the fraudulent conduct of F45 in that it operated its business in reliance on the support and assistance F45 provided, which such support and

7

assistance GG LLC thought (based on F45's fraudulent conduct) was being provided pursuant to the franchisor-franchisee relationship it had with F45.

WHEREFORE, Globo Gym, LLC demands judgment against F45 Training Incorporated for compensatory and punitive damages in an amount to be decided by struck jury, plus interest, costs, and any further relief as may be just, proper and available under Alabama law.

PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.

    Respectfully submitted,

    /s/ R. Rhett Owens
    R. Rhett Owens (OWE038)
    *Attorney for the Plaintiff*

OF COUNSEL:
BODEWELL, LLC
1286 Oak Grove Road, Suite 200
Birmingham, AL 35209
Tel.: (205) 533-7878
Fax: (205) 922-5819
Email: Rhett@bodewell-law.com

**THE FOLLOWING DEFENDANTS ARE TO BE SERVED PROCESS BY THE CLERK IMMEDIATELY BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED:**

F45 Training Incorporated
c/o Registered Agent
Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808



AlaFile E-Notice

01-CV-2025-903431.00

To:  RICHARD RHETT OWENS
    rhett@bodewell-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

GLOBO GYM, LLC V. F45 TRAINING INCORPORATED
01-CV-2025-903431.00

The following complaint was FILED on 8/18/2025 2:42:28 PM

Notice Date:     8/18/2025 2:42:28 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2025-903431.00

To: F45 TRAINING INCORPORATED
C/O CORP. SERVICE CO.
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

GLOBO GYM, LLC V. F45 TRAINING INCORPORATED
01-CV-2025-903431.00

The following complaint was FILED on 8/18/2025 2:42:28 PM

Notice Date:     8/18/2025 2:42:28 PM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 7/2023 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>01-CV-2025-903431.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**GLOBO GYM, LLC V. F45 TRAINING INCORPORATED**

**NOTICE TO:** F45 TRAINING INCORPORATED, C/O CORP. SERVICE CO. 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD RHETT OWENS,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1286 Oak Grove Road, Suite 200, BIRMINGHAM, AL 35203.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

GLOBO GYM, LLC
*[Name(s)]*

08/18/2025  /s/ JACQUELINE ANDERSON SMITH  By:
*(Date)*  *(Signature of Clerk)*  *(Name)*

☑ Certified Mail is hereby requested.  /s/ RICHARD RHETT OWENS
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to _____ in _____ County, Alabama on _____.
*(First and Last Name of Person Served)  (Name of County)  (Date)*

Document left:
☐ with above-named Defendant;
☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by _____ in _____ County, Alabama on _____ who is:
*(First and Last Name of Person Served)  (Name of County)  (Date)*

☐ the above-named Defendant;
☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*  *(Server's Signature)*  *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*  *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*  *(Telephone Number of Designated Process Server)*

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   F45 TRAINING INCORPORATED
   C/O CORP. SERVICE CO.
   251 LITTLE FALLS DRIVE
   WILMINGTON, DE 19808



9590 9402 9633 5121 4085 61

2. Article Number (Transfer from service label)

9589 0710 5270 2632 5974 36

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X *Sheila Wilks*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

CV-25-903431

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt



**USPS TRACKING #**

9590 9402 9633 5121 4085 61

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

*Sender: Please print your name, address, and ZIP+4® in this box*

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
SEP 05 2025
JACQUELINE ANDERSON SMITH
CLERK

JACQUELINE ANDERSON SMITH, CLERK
801 RICHARD ARRINGTON JR BLVD N
BIRMINGHAM, ALABAMA 35203

AlaFile E-Notice

01-CV-2025-903431.00

Judge: JAVAN PATTON CRAYTON

To: OWENS RICHARD RHETT
rhett@bodewell-law.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

GLOBO GYM, LLC V. F45 TRAINING INCORPORATED
01-CV-2025-903431.00

The following matter was served on 9/5/2025

**D001 F45 TRAINING INCORPORATED**
**Corresponding To**
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
716 RICHARD ARRINGTON, JR BLVD
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov